671 A.2d 688

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Martin DEEMER, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 26, 1996.

## *ORDER*

PER CURIAM:

**AND NOW,** this 26th day of February, 1996, allocatur is granted in the above-captioned matter limited to the question of whether, by reason of having become a fugitive, petitioner waived his appeal rights. Oral argument is also granted in this case.